UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONNIE DEWAYNE SMITH                                                                              PLAINTIFF

v.                                            No. 5:21-CV-05172

LAWRENCE COUNTY, MISSOURI and
WASHINGTON COUNTY, ARKANSAS                                                          DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 5) from United States Magistrate Judge Christy Comstock.  Plaintiff filed objections (Doc. 6).  The Court has reviewed the report and recommendation de novo.[1]  The Magistrate recommends that Plaintiff's habeas petition be dismissed without prejudice pursuant to the *Younger* abstention doctrine.  Plaintiff argues he has not consented to a magistrate judge presiding over his case.  Plaintiff's consent is unnecessary.  The Court referred the matter to the Magistrate of its own accord, and Plaintiff has had the opportunity to present his objections on the report and recommendation to the undersigned Article III Judge.  Plaintiff's remaining objections offer neither law nor fact to overcome the requirements of *Younger* abstention.  The Court has reviewed the report and recommendation and the record de novo, and the report and recommendation is ADOPTED.

IT IS THEREFORE ORDERED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered separately.

IT IS SO ORDERED this 19th day of October, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] Although the objections deadline has not yet passed, Plaintiff's objections trigger de novo review.  *See Thompson v. Nix*, 897 F.2d 356, 358 (8th Cir. 1990).